IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Tito Knox, | ) |
| Plaintiff, | ) C.A. No. 6:17-713-HMH-PJG |
| vs. | ) **OPINION & ORDER** |
| Elena Klimbal, PMHNPPC,<br>Officer Graham, | ) |
| Defendants. | ) |

This matter is before the court on remand from the United States Court of Appeals for the Fourth Circuit. On August 21, 2017, the Fourth Circuit remanded this 42 U.S.C. § 1983 case "with instructions to allow [Tito] Knox [("Knox")] to file an amended complaint" to provide the Plaintiff with the opportunity to remedy "deficiencies identified by the district court." (Aug. 21, 2017 Order, ECF No. 28.) Based on the foregoing, Knox has twenty (20) days from the date of this order to file an amended complaint in this case. Further, this case is remanded to the magistrate judge for further proceedings.

    **IT IS SO ORDERED.**

                                                           s/Henry M. Herlong, Jr.
                                                           Senior United States District Judge

Greenville, South Carolina
August 23, 2017